**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| LANNETT COMPANY, INC., *et al.*,[1] ) | Case No. 23-10559 (JKS) |
| ) | |
| Debtors. ) | (Joint Administration Requested) |
| ) | |
| ) | Related to Docket No. 10 |

**NOTICE OF FILING OF REVISED PROPOSED INTERIM ORDER (I) AUTHORIZING THE DEBTORS TO (A) MAINTAIN AND ADMINISTER THEIR CUSTOMER PROGRAMS AND (B) HONOR CERTAIN PREPETITION OBLIGATIONS RELATED THERETO, AND (II) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE THAT** on May 3, 2023, the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain and Administer Their Customer Programs and (B) Honor Certain Prepetition Obligations Related Thereto, and (II) Granting Related Relief* [Docket No. 10] (the "Customer Program Motion") was filed with the Court.

**PLEASE TAKE FURTHER NOTICE** that attached as Exhibit A to the Customer Program Motion is a proposed order granting the Customer Program Motion on an interim basis (the "Original Interim Customer Program Order").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a revised proposed interim customer program order (the "Revised Interim Customer Program Order"), which incorporates comments received from certain customers of the Debtors. The Office of the United States Trustee has reviewed the changes and does not oppose the relief requested therein.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Lannett Company, Inc. (7699); Silarx Pharmaceuticals, Inc. (1798); Cody Laboratories, Inc. (1425); and Kremers Urban Pharmaceuticals Inc. (0780). The location of the Debtors' service address is: 1150 Northbrook Drive, Suite 155, Trevose, Pennsylvania 19053.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is a blackline comparing the Original Interim Customer Program Order with the Revised Interim Customer Program Order.

| | |
|---|---|
| Dated:  May 4, 2023<br>Wilmington, Delaware | */s/ Howard A. Cohen*<br>Howard A. Cohen (DE Bar No. 4082)<br>Stephanie J. Slater (DE Bar No. 6922)<br>**FOX ROTHSCHILD LLP**<br>919 North Market Street<br>Suite 300<br>Wilmington, Delaware 19899<br>Telephone:  (302) 654-7444<br>Facsimile:  (302) 656-8920<br>Email:  hcohen@foxrothschild.com<br>  sslater@foxrothschild.com<br><br>-and-<br><br>Nicole L. Greenblatt, P.C. (*pro hac vice* pending)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:  (212) 446-4800<br>Facsimile:  (212) 446-4900<br>Email:  nicole.greenblatt@kirkland.com<br><br>-and-<br><br>Joshua M. Altman (*pro hac vice* pending)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:  (312) 862-2000<br>Facsimile:  (312) 862-2200<br>Email:  josh.altman@kirkland.com<br><br>*Proposed Co-Counsel for the Debtors and Debtors in Possession* |