**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LANNETT COMPANY, INC., *et al.*,[1] | ) Case No. 23-10559 JKS |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) **Related to Docket No. 16** |

**NOTICE OF FILING OF FIRST AMENDED JOINT PREPACKAGED**
**CHAPTER 11 PLAN OF REORGANIZATION OF**
**LANNETT COMPANY, INC. AND ITS DEBTOR AFFILIATES**

**PLEASE TAKE NOTICE** that on May 3, 2023, the above-captioned debtors and debtors-in possession (collectively, the "Debtors") filed the *Joint Prepackaged Chapter 11 Plan of Reorganization of Lannett Company, Inc. and its Debtor Affiliates* [Docket No. 16] (the "Plan") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on June 5, 2023, the Debtors filed the *Amended Joint Prepackaged Chapter 11 Plan of Reorganization of Lannett Company, Inc. and its Debtor Affiliates* (as may be amended, modified and/or supplemented, the "Amended Plan"), attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is a redline reflecting the changes between the solicitation version of the Plan and Amended Plan.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right, subject to the terms and conditions set forth in the Amended Plan, to alter, modify or supplement any document in the Amended Plan at any time prior to or after confirmation of the Amended Plan.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Lannett Company, Inc. (7699); Silarx Pharmaceuticals, Inc. (1798); Cody Laboratories, Inc.. (1425); and Kremers Urban Pharmaceuticals, Inc. (0780).  The location of the Debtors' service address is:  1150 Northbrook Drive, Suite 155, Trevose, Pennsylvania 19053.

Dated:  June 5, 2023                       /s/ Howard A. Cohen
Wilmington, Delaware                       Howard A. Cohen (DE Bar No. 4082)
                                           Stephanie J. Slater (DE Bar No. 6922)
                                           **FOX ROTHSCHILD LLP**
                                           919 North Market Street
                                           Suite 300
                                           Wilmington, Delaware 19899
                                           Telephone:    (302) 654-7444
                                           Facsimile:    (302) 656-8920
                                           Email:        hcohen@foxrothschild.com
                                                         sslater@foxrothschild.com

                                           -and-

                                           Nicole L. Greenblatt, P.C. (admitted *pro hac vice*)
                                           Aaron Marks, P.C. (admitted *pro hac vice*)
                                           Elizabeth H. Jones (admitted *pro hac vice*)
                                           **KIRKLAND & ELLIS LLP**
                                           **KIRKLAND & ELLIS INTERNATIONAL LLP**
                                           601 Lexington Avenue
                                           New York, New York 10022
                                           Telephone:    (212) 446-4800
                                           Facsimile:    (212) 446-4900
                                           Email:        nicole.greenblatt@kirkland.com
                                                         aaron.marks@kirkland.com
                                                         elizabeth.jones@kirkland.com

                                           -and-

                                           Joshua M. Altman (admitted *pro hac vice*)
                                           **KIRKLAND & ELLIS LLP**
                                           **KIRKLAND & ELLIS INTERNATIONAL LLP**
                                           300 North LaSalle Street
                                           Chicago, Illinois 60654
                                           Telephone:    (312) 862-2000
                                           Facsimile:    (312) 862-2200
                                           Email:        josh.altman@kirkland.com


                                           *Proposed Co-Counsel for the Debtors and Debtors in
                                           Possession*

2