**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LANNETT COMPANY, INC., *et al.*,[1] | ) | Case No. 23-10559 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF (I) ENTRY OF ORDER
APPROVING THE DISCLOSURE STATEMENT FOR,
AND CONFIRMING THE DEBTORS' AMENDED JOINT PREPACKAGED
CHAPTER 11 PLAN OF REORGANIZATION OF LANNETT COMPANY, INC. AND
ITS DEBTOR AFFILIATES, AND (II) OCCURRENCE OF THE EFFECTIVE DATE**

**PLEASE TAKE NOTICE** that on June 8, 2023, the Honorable J. Kate Stickles, United States Bankruptcy Judge for the United States Bankruptcy Court for the District of Delaware (the "Court"), entered an order [Docket No. 243] (the "Confirmation Order") confirming the *Amended Joint Prepackaged Chapter 11 Plan of Reorganization of Lannett Company, Inc. and Its Debtor Affiliates* [Docket No. 220] (the "Plan") and approving the related disclosure statement [Docket No. 17] (the "Disclosure Statement")[2] of the above-captioned debtors and debtors in possession (the "Debtors").

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan occurred on June 16, 2023. Each of the conditions precedent to consummation of the Plan enumerated in Article IX of the Plan has been satisfied or waived in accordance with the Plan and the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that if you would like copies of the documents included in the Plan, the Plan Supplement, the Confirmation Order, the Disclosure Statement, or any other document filed in these chapter 11 cases, you should contact Omni Agent Solutions, the Debtors' solicitation agent in these Chapter 11 Cases (the "Solicitation Agent"), by: (a) visiting the Debtors' restructuring website at: https://omniagentsolutions.com/LCI; and/or (b) calling the Solicitation Agent at (888) 481-0009 (USA or Canada); +1 (747) 293-0012

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Lannett Company, Inc. (7699); Silarx Pharmaceuticals, Inc. (1798); Cody Laboratories, Inc. (1425); and Kremers Urban Pharmaceuticals Inc. (0780). The location of the Debtors' service address is: 1150 Northbrook Drive, Suite 155, Trevose, Pennsylvania 19053.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Confirmation Order or Plan, as applicable.

(International).  You may also obtain copies of any pleadings filed in these Chapter 11 Cases for a fee via PACER at:  www.deb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that the terms of the Confirmation Order and the Plan (which, for the avoidance of doubt, includes the Plan Supplement and all exhibits and documents related thereto) are binding upon the Debtors, the Reorganized Debtors, any and all Holders of Claims or Interests (irrespective of whether Holders of such Claims or Interests are deemed to have accepted the Plan), all Entities that are parties to or are subject to the settlements, compromises, releases, discharges, and injunctions described in the Plan, each Entity acquiring property under the Plan, and any and all non-Debtor parties to Executory Contracts and Unexpired Leases with the Debtors.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Article IV.B. of the Plan, on the Effective Date, certain of the Debtors and other applicable parties engaged in a series of Restructuring Transactions as set forth in the Restructuring Steps Memorandum.

**PLEASE TAKE FURTHER NOTICE** that requests for payment of Professional Fee Claims must be filed and served on the Debtors or Reorganized Debtors by **July 31, 2023**, which is the date that is forty-five (45) days after the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that the Plan and the Confirmation Order contain other provisions that may affect your rights.  You are encouraged to review the Plan and the Confirmation Order in their entirety.

[*Remainder of page intentionally left blank.*]

...

| | |
|---|---|
| Dated: June 16, 2023<br>Wilmington, Delaware | */s/ Howard A. Cohen*<br>Howard A. Cohen (DE Bar No. 4082)<br>Stephanie J. Slater (DE Bar No. 6922)<br>**FOX ROTHSCHILD LLP**<br>919 North Market Street<br>Suite 300<br>Wilmington, Delaware 19899<br>Telephone:   (302) 654-7444<br>Facsimile:    (302) 656-8920<br>Email:           hcohen@foxrothschild.com<br>                      sslater@foxrothschild.com<br><br>-and-<br><br>Nicole L. Greenblatt, P.C. (admitted *pro hac vice*)<br>Aaron Marks, P.C. (admitted *pro hac vice*)<br>Elizabeth H. Jones (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:    (212) 446-4900<br>Email:           nicole.greenblatt@kirkland.com<br>                      aaron.marks@kirkland.com<br>                      elizabeth.jones@kirkland.com<br><br>-and-<br><br>Joshua M. Altman (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:   (312) 862-2000<br>Facsimile:    (312) 862-2200<br>Email:           josh.altman@kirkland.com<br><br>*Proposed Co-Counsel for the Debtors and Debtors in Possession* |